**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JAMES W. SURGEONER,**<br><br>                                **Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

**CERTIFICATE OF SERVICE**

      I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, along with the proposed Sixth Amended Chapter 13 Plan were served upon the addresses listed below and upon all parties on the Matrix by way of electronic means on August 7, 2016 and/or via first class mail on August 9, 2016:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOHN A. DIGIAMBERARDINO on behalf of Debtor James William Surgeoner - jad@cdllawoffice.com, dmk@cdllawoffice.com, reb@cdllawoffice.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

James W. Surgeoner
2520 Garfield Avenue
West Lawn, PA 19609

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

                  By:    *s/Alyssa J. Merkey*
                          1100 Berkshire Blvd., Suite 301
                          Wyomissing, PA 19610
                          (610) 779-0772