# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>**JAMES W. SURGEONER,**<br><br>**Debtor** | Chapter 13<br><br>Bankruptcy No. 13-10040 REF |

## PRAECIPE TO WITHDRAW

*TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:*

Kindly withdraw the Proof of Claim filed by Debtor, on June 12, 2016, on behalf of the Internal Revenue Service.

*Hartman, Valeriano, Magovern & Lutz, P.C.*

Date: August 26, 2016          By: _____

George M. Lutz, Esquire
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610
610-779-0772
610-779- fax
glutz@hvmllaw.com