**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **JAMES W. SURGEONER,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 13-10040 REF** |

**ADDENDUM TO SIXTH AMENDED CHAPTER 13 PLAN**

The Debtor hereby files this Addendum to the Sixth Amended Chapter 13 Plan, and states as follows:

Section 2.a.iii. of the Sixth Amended Chapter 13 Plan is changed to read as follows:

Internal Revenue Service (Proof of Claim No. 22) (2015 federal income taxes): The entire claim will be paid through the Chapter 13 Plan.

**Date:** August 26, 2016

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz

---

**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Phone:  610-372-9900**
**Fax:     610-372-5469**