**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**JAMES W. SURGEONER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

**CERTIFICATE OF NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and the Debtor requests that the court grant the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date:  August 30, 2016

                                    Respectfully submitted,

                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

                by:    */s/ George M. Lutz*

                                    George M. Lutz, Esquire
                                    1100 Berkshire Blvd., Suite 301
                                    Wyomissing, PA  19610
                                    Attorney I.D. No. 46437
                                    Phone:  610-779-0772