United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James William Surgeoner
    Debtor

Case No. 13-10040-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Sep 01, 2016
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.
db          +James William Surgeoner,    2520 Garfield Ave.,    West Lawn, PA 19609-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        GEORGE M. LUTZ    on behalf of Debtor James William Surgeoner glutz@hvmllaw.com,
         amerkey@hvmllaw.com
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor James William Surgeoner jad@cdllawoffice.com,
         dmk@cdllawoffice.com,reb@cdllawoffice.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re: | Chapter 13 Bankruptcy |
| **JAMES W. SURGEONER,** | Bankruptcy No. 13-10040 REF |
| Debtor | |

**ORDER**

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: September 1, 2016**

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

| | |
|---|---|
| **George M. Lutz, Esquire** | **Office of the United States Trustee** |
| **Hartman, Valeriano, Magovern & Lutz, P.C.** | **833 Chestnut Street** |
| **1100 Berkshire Boulevard, Suite 301** | **Suite 500** |
| **Wyomissing, PA  19610** | **Philadelphia, PA  19107** |
| | |
| | **Frederick L. Reigle, Esquire** |
| | **Chapter 13 Trustee** |
| | **2901 St. Lawrence Avenue** |
| | **P.O. Box 4010** |
| | **Reading, PA  19606** |