# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JAMES WILLIAM SURGEONER  
Debtor (s)

CASE NO: 13-10040  
CHAPTER 13

## NOTICE OF CLAIM SATISFACTION

As to Claim 2-1 filed on 01/14/13, Wells Fargo Financial National Bank ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Trang V Truong  
Trang V Truong  
Bankruptcy Specialist  
Wells Fargo Financial National Bank  
("Wells Fargo")  
PO Box 10438  
Des Moines, IA 50306  
1-877-455-9946