**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:  **JAMES W. SURGEONER,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 13-10040 REF** |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, along with the proposed Seventh Amended Chapter 13 Plan, were served upon the addresses listed below and upon all parties on the Matrix by way of electronic means on April 2, 2017 and/or via first class mail on April 7, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOHN A. DIGIAMBERARDINO on behalf of Debtor James William Surgeoner - jad@cdllawoffice.com, dmk@cdllawoffice.com, reb@cdllawoffice.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor M&T BANK - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

TRANG V TRUONG on behalf of Creditor Wells Fargo Bank, N.A. - trangtruong@wellsfargo.com

James W. Surgeoner
2520 Garfield Avenue
West Lawn, PA 19609

                                **Hartman, Valeriano, Magovern & Lutz, P.C.**

            By:    *s/Alyssa J. Merkey*
                   1100 Berkshire Blvd., Suite 301
                   Wyomissing, PA 19610
                   (610) 779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 13-10040-ref<br>Eastern District of Pennsylvania<br>Reading<br>Fri Apr  7 10:24:18 EDT 2017 | 245 Holdings, LLC by American InfoSource LP<br>PO Box 269093<br>Oklahoma City, OK 73126-9093 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| WELLS FARGO HOME MORTGAGE<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| 245 Holdings, LLC<br>by American InfoSource LP as agent<br>PO Box 269093<br>Oklahoma City, OK  73126-9093 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BERKS CREDIT & COLLECTIONS<br>900 CORPORATE DR<br>READING, PA 19605-3340 | Bluestone Investments, Inc.<br>c/o Amato and Lessa, P.C.<br>107 North Commerce Way<br>Bethlehem, PA 18017-8913 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKECITY, UT 84130-0281 |
| CBA COLLECTION BUREAU<br>25954 EDEN LANDING RD<br>HAYWARD, CA 94545-3837 | CHASE<br>PO BOX 7013<br>INDIANAPOLIS, IN 46207-7013 | CHASE BANK USA<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| CHASE/CIRCUIT CITY<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | Case, DiGiamberardino & Lutz, P.C.<br>845 North Park Road, Suite 101<br>Wyomissing, PA 19610-1342 | Clinton Surgeoner<br>2520 Garfield Avenue<br>West Lawn, PA 19609-1806 |
| Credit Collection Services<br>P.O. Box 9133<br>Needham Heights, MA 02494-9133 | DISCOVER FINANCIAL SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| EXXONMOBIL/CITIBANK<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | FEDERAL LOAN SERVICING/PHEAA<br>PO BOX 69184<br>HARRISBURG, PA 17106-9184 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 |
| GECRB/SAMS CLUB<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd., Suite 301<br>Wyomissing, PA 19610-1292 | HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |

| | | |
|---|---|---|
| LVNV Funding, LLC its successors and assigns assignee of HSBC Private Label Acquisition Corporation (USA) Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns assignee of Soaring Capital, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | (p)M&T BANK LEGAL DOCUMENT PROCESSING 1100 WHERLE DRIVE WILLIAMSVILLE NY 14221-7748 |
| MIDLAND FUNDING 8875 AERO DR STE200 SAN DIEGO, CA 92123-2255 | MIDLAND FUNDING c/o Law Offices of Hayt, Hayt, et al 123 South Borad Street, Suite 1660 Philadelphia, PA 19109-1003 | Mary Surgeoner 2520 Garfield Avenue West Lawn, PA 19609-1806 |
| PAYLIANCE 3 EASTONOVAL STE210 COLUMBUS, OH 43219-6011 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067 NORFOLK VA 23541-1067 | PRIDE ACQUISITIONS Baker Sanders LLC 100 Garden City Plaza, Ste. 500 GARDEN CITY, NY 11530-3207 |
| Phelan, Hallinan & Schmieg One Penn Center Plaza @ Suburban St 1617 J.F.K. Blvd., Ste. 1400 Philadelphia, PA 19103-1814 | Pride Acquisitions LLC 130 Shore Road, Suite 226 Port Washington, NY 11050-2205 | Progressive Specialty Insurance Co Payment Processing Center P.O. Box 55126 Boston, MA 02205-5126 |
| Recovery Management Systems Corporation 25 S.E. 2nd Avenue, Suite 1120 Miami, FL 33131-1605 | SECURITY CREDIT SERVICES LLC 2623 W OXFORD LOOP OXFORD, MS 38655-5442 | SUNOCO/CITIBANK PO BOX 6497 SIOUX FALLS, SD 57117-6497 |
| SUSQUEHANNA BANK PA 13511 LABEL LN HAGERSTOWN, MD 21740-2466 | (p)SPRINT NEXTEL CORRESPONDENCE ATTN BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207-0949 | Susquehanna Bank P.O. Box 639 Maugansville MD 21767-0639 |
| United States Trustee Office of the U.S. Trustee 833 Chestnut Street Suite 500 Philadelphia, PA 19107-4405 | VERIZON PENNSYLVANIA 500 TECHNOLOGY DR WELDON SPRING, MO 63304-2225 | WELLS FARGO FINANCIAL CARDS PO BOX 14517 DES MOINES, IA 50306-3517 |
| WELLS FARGO HOMEMORTGAGE PO BOX 10335 DES MOINES, IA 50306-0335 | WFFNATBANK PO BOX 14517 DES MOINES, IA 50306-3517 | Wells Fargo Bank NA PO Box 10438 Des Moines IA 50306-0438 |
| Wells Fargo Bank, N.A. Attention: Bankruptcy Department MAC # D3347-014 3476 Stateview Boulevard Fort Mill, SC 29715-7203 | Wells Fargo Financial 4143 141st St. Urbandale, IA 50323 | Wells Fargo Home Mortgage POB 14547 Des Moines, IA 50306-3547 |
| FREDERICK L. REIGLE Chapter 13 Trustee 2901 St. Lawrence Avenue P.O. Box 4010 Reading, PA 19606-0410 | GEORGE M. LUTZ Hartman, Valeriano, Magovern & Lutz, PC 1100 Berkshire Blvd. Suite 301 P.O. Box 5828 Wyomissing, PA 19610-5828 | JOHN A. DIGIAMBERARDINO Case & DiGiamberardino, P.C. 845 North Park Road Suite 101 Wyomissing, PA 19610-1342 |

James William Surgeoner
2520 Garfield Ave.
West Lawn, PA 19609-1806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BANK OF AMERICA<br>PO BOX 982235<br>EL PASO, TX 79998 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 |
| M&T BANK<br>PO BOX 900<br>MILLSBORO, DE 19966 | (d)M&T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 | PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATEBLVD STE100<br>NORFOLK, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197-4191 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T BANK | (d)Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | End of Label Matrix<br>Mailable recipients    60<br>Bypassed recipients     2<br>Total                  62 |