**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JAMES W. SURGEONER,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Eighth Amended Chapter 13 Plan was served upon the addresses listed below and upon all parties on the Matrix by way of electronic means on May 7, 2017 and/or via first class mail on May 12, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOHN A. DIGIAMBERARDINO on behalf of Debtor James William Surgeoner - jad@cdllawoffice.com, dmk@cdllawoffice.com, reb@cdllawoffice.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor M&T BANK - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

TRANG V TRUONG on behalf of Creditor Wells Fargo Bank, N.A. - trangtruong@wellsfargo.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Wells Fargo Bank, N.A., et al -
pa.bkecf@fedphe.com

James W. Surgeoner
2520 Garfield Avenue
West Lawn, PA 19609

                                     **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                          1100 Berkshire Blvd., Suite 301
                          Wyomissing, PA 19610
                          (610) 779-0772