# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**JAMES W. SURGEONER,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

## WITHDRAWAL OF MOTION TO MODIFY PLAN
## (SEVENTH AMENDED CHAPTER 13 PLAN)

Debtor, James W. Surgeoner, by and through his counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Motion to Modify Plan (Seventh Amended Chapter 13 Plan), and respectfully requests that the Motion to Modify Plan (Seventh Amended Chapter 13 Plan), which was filed by the Debtor on April 2, 2017, be withdrawn.

**Date:**  July 6, 2017

                                        **Respectfully submitted,**

                                        **Hartman, Valeriano, Magovern & Lutz, PC**

                    **by:**    /s/ George M. Lutz
                                        _____

                                        **George M. Lutz, Esquire**
                                        **1100 Berkshire Boulevard, Suite 301**
                                        **Wyomissing, PA  19610**
                                        **Pa. Attorney ID No.: 46437**