IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES WILLIAM SURGEONER            :    CHAPTER 13
A/K/A JAMES W. SURGEONER           :
MARY E. SURGEONER (NON-FILING CO-DEBTOR)  :  BK. No. 13-10040 REF
         Debtors            :

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: July 10, 2017**

_____
RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

GEORGE M. LUTZ, ESQUIRE
845 NORTH PARK ROAD, SUITE 101
WYOMISSING, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JAMES W. SURGEONER
2520 GARFIELD AVENUE
WEST LAWN, PA 19609-1806

MARY E. SURGEONER
2520 GARFIELD AVENUE
WEST LAWN, PA 19609-1806