United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-10040-ref
James William Surgeoner                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Cathleen           Page 1 of 1         Date Rcvd: Jul 10, 2017
                             Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
```
db           +James William Surgeoner,    2520 Garfield Ave.,    West Lawn, PA 19609-1806
cr           +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr           +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
12940846     +WELLS FARGO FINANCIAL CARDS,    PO BOX 14517,    DES MOINES, IA 50306-3517
12940848     +WELLS FARGO HOMEMORTGAGE,    PO BOX 10335,    DES MOINES, IA 50306-0335
12940849     +WFFNATBANK,    PO BOX 14517,    DES MOINES, IA 50306-3517
12948582      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
13073227     +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
               3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13903240      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN, 55121-7700
12940845      Wells Fargo Financial,    4143 141st St.,    Urbandale, IA 50323
12940847     +Wells Fargo Home Mortgage,    POB 14547,    Des Moines, IA 50306-3547
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor James William Surgeoner glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor James William Surgeoner jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A., et al pa.bkecf@fedphe.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES WILLIAM SURGEONER                   :   CHAPTER 13
A/K/A JAMES W. SURGEONER                  :
MARY E. SURGEONER (NON-FILING CO-DEBTOR)  :   BK. No. 13-10040 REF
                    Debtors               :

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: July 10, 2017**

RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)    JAMES W. SURGEONER
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010   2520 GARFIELD AVENUE
READING, PA 19606                          WEST LAWN, PA 19609-1806

GEORGE M. LUTZ, ESQUIRE                    MARY E. SURGEONER
845 NORTH PARK ROAD, SUITE 101             2520 GARFIELD AVENUE
WYOMISSING, PA 19610                       WEST LAWN, PA 19609-1806

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107