United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-10040-ref
James William Surgeoner                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1              Date Rcvd: Oct 05, 2017
                             Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db            +James William Surgeoner,    2520 Garfield Ave.,    West Lawn, PA 19609-1806
cr             245 Holdings, LLC by American InfoSource LP as age,    PO Box 269093,
               Oklahoma City, OK  73126-9093
cr            +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr            +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2017 01:53:17      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          GEORGE M. LUTZ    on behalf of Debtor James William Surgeoner glutz@hvmllaw.com,
          amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor James William Surgeoner jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A., et al pa.bkecf@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   Wells Fargo Bank, N.A. pa.bkecf@fedphe.com
          TRANG V TRUONG    on behalf of Creditor   Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>**JAMES W. SURGEONER,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

**ORDER**

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Ninth Amended Chapter 13 Plan is CONFIRMED.

**BY THE COURT:**

**Date: October 5, 2017**

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Frederick L.  Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606