**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JAMES W. SURGEONER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay of M&T Bank was served upon the addresses listed below by way of electronic means on October 11, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOHN A. DIGIAMBERARDINO on behalf of Debtor James William Surgeoner - jad@cdllawoffice.com, dmk@cdllawoffice.com, reb@cdllawoffice.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

JEROME B. BLANK on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

THOMAS I. PULEO on behalf of Creditor M&T BANK
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Wells Fargo Bank, N.A. - pa.bkecf@fedphe.com

TRANG V TRUONG on behalf of Creditor Wells Fargo Bank, N.A.- trangtruong@wellsfargo.com

MATTEO SAMUEL WEINER on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      By:    *s/Alyssa J. Merkey*
                               1100 Berkshire Blvd., Suite 301
                               Wyomissing, PA 19610
                               (610) 779-0772