**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  <br><br>**JAMES W. SURGEONER,**  <br><br>**Debtor** | **Chapter 13 Bankruptcy**  <br><br>**Bankruptcy No. 13-10040 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and the Debtor requests that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  January 8, 2018

                                              Respectfully submitted,

                                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

                       by:    */s/ George M. Lutz*

                                              George M. Lutz, Esquire  
                                              1100 Berkshire Blvd., Suite 301  
                                              Wyomissing, PA  19610  
                                              Attorney I.D. No. 46437  
                                              Phone:  610-779-0772