**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**JAMES W. SURGEONER,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |
|---|---|

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $7,857.00, for reimbursement of actual, necessary fees and expenses in the amount of $196.56, for the period of January 7, 2016 through December 18, 2017.

**BY THE COURT:**

**Date: January 9, 2018**

_____
**United States Bankruptcy Judge**

Copies to:

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

James W. Surgeoner
2520 Garfield Avenue
West Lawn, PA 19609

**All creditors**