# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James William Surgeoner<br>　　　　　　　Debtor | |
| | CHAPTER 13 |
| M&T Bank<br>　　　　　　　Movant<br>　　vs. | |
| James William Surgeoner<br>　　　　　　　Debtor<br>Mary E. Surgeoner　Co-Debtor | NO. 13-10040 REF |
| Frederick L. Reigle<br>　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of M&T Bank for Relief from the Automatic Stay Under Section 362 and the Codebtor Stay Until Section 1301, which was filed with the Court on or about October 10, 2017 (Document No. 110).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Thomas I. Puleo, Esquire**
　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

January 11, 2018