United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-10040-ref
James William Surgeoner                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Jan 09, 2018
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db           +James William Surgeoner,   2520 Garfield Ave.,   West Lawn, PA 19609-1806
cr            245 Holdings, LLC by American InfoSource LP as age,   PO Box 269093,
               Oklahoma City, OK  73126-9093
cr           +WELLS FARGO HOME MORTGAGE,   MAC X7801-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
cr           +Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2018 01:39:39      Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor James William Surgeoner glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor James William Surgeoner jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A., et al paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **JAMES W. SURGEONER,** Debtor | **Bankruptcy No. 13-10040 REF** |

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $7,857.00, for reimbursement of actual, necessary fees and expenses in the amount of $196.56, for the period of January 7, 2016 through December 18, 2017.

**BY THE COURT:**

**Date: January 9, 2018**

_____
**United States Bankruptcy Judge**

Copies to:

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610

**James W. Surgeoner**
2520 Garfield Avenue
West Lawn, PA 19609

**All creditors**