United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James William Surgeoner  
    Debtor

Case No. 13-10040-ref  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 3                   Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW          Total Noticed: 62
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.

```
db             +James William Surgeoner,    2520 Garfield Ave.,    West Lawn, PA 19609-1806
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              245 Holdings, LLC by American InfoSource LP as age,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
cr             +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13169735        245 Holdings, LLC,    by American InfoSource LP as agent,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
12940817       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  BANK OF AMERICA,     PO BOX 982235,    EL PASO, TX 79998)
12960463       +Bluestone Investments, Inc.,    c/o Amato and Lessa, P.C.,    107 North Commerce Way,
                 Bethlehem, PA 18017-8913
12940821       +CBA COLLECTION BUREAU,    25954 EDEN LANDING RD,    HAYWARD, CA 94545-3837
12940823       +CHASE BANK USA,    PO BOX 15298,    WILMINGTON, DE 19850-5298
12940824       +CHASE/CIRCUIT CITY,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13208585       +Case, DiGiamberardino & Lutz, P.C.,    845 North Park Road, Suite 101,
                 Wyomissing, PA 19610-1342
12940825       +Clinton Surgeoner,    2520 Garfield Avenue,    West Lawn, PA 19609-1806
12940827       +EXXONMOBIL/CITIBANK,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
12940828       +FEDERAL LOAN SERVICING/PHEAA,    PO BOX 69184,    HARRISBURG, PA 17106-9184
13038906        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13657018       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, PC,
                 1100 Berkshire Blvd., Suite 301,    Wyomissing, PA 19610-1292
12940830       +HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
12940835       +MIDLAND FUNDING,    c/o Law Offices of Hayt, Hayt, et al,    123 South Borad Street, Suite 1660,
                 Philadelphia, PA 19109-1003
12940833       +Mary Surgeoner,    2520 Garfield Avenue,    West Lawn, PA 19609-1806
12940840       +PRIDE ACQUISITIONS,    Baker Sanders LLC,    100 Garden City Plaza, Ste. 500,
                 GARDEN CITY, NY 11530-3207
12940839       +Pride Acquisitions LLC,    130 Shore Road, Suite 226,    Port Washington, NY 11050-2205
12940841       +SECURITY CREDIT SERVICES LLC,    2623 W OXFORD LOOP,    OXFORD, MS 38655-5442
12940842       +SUNOCO/CITIBANK,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
12940846       +WELLS FARGO FINANCIAL CARDS,    PO BOX 14517,    DES MOINES, IA 50306-3517
12940848       +WELLS FARGO HOMEMORTGAGE,    PO BOX 10335,    DES MOINES, IA 50306-0335
12940849       +WFFNATBANK,    PO BOX 14517,    DES MOINES, IA 50306-3517
12948582        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
13073227       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13903240        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN, 55121-7700
12940845        Wells Fargo Financial,    4143 141st St.,    Urbandale, IA 50323
12940847       +Wells Fargo Home Mortgage,    POB 14547,    Des Moines, IA 50306-3547
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:06:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12955260         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2018 02:27:53
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
12940819        +E-mail/Text: banko@berkscredit.com Jul 21 2018 02:06:27      BERKS CREDIT & COLLECTIONS,
                 900 CORPORATE DR,    READING, PA 19605-3340
12940820        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2018 02:09:42      CAPITAL ONE,
                 PO BOX 30281,    SALT LAKECITY, UT 84130-0281
12940822        +E-mail/Text: cst.bankruptcy@chase.com Jul 21 2018 02:08:07      CHASE,    PO BOX 7013,
                 INDIANAPOLIS, IN 46207-7013
13208317        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2018 02:08:04
                 Credit Collection Services,    P.O. Box 9133,    Needham Heights, MA 02494-9133
12940826        +E-mail/Text: mrdiscen@discover.com Jul 21 2018 02:06:19      DISCOVER FINANCIAL SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
12945267         E-mail/Text: mrdiscen@discover.com Jul 21 2018 02:06:19      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12940829        +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2018 02:09:40      GECRB/SAMS CLUB,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
13743229         E-mail/Text: cio.bncmail@irs.gov Jul 21 2018 02:06:25      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114-0326
```

```
District/off: 0313-4          User: SaraR               Page 2 of 3                   Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW           Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13016943       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 21 2018 02:07:20      Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
12940831      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2018 02:09:47      LVNV Funding,
                P.O. Box 10497,    Greenville, SC 29603-0497
13073972       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2018 02:27:12
                LVNV Funding, LLC its successors and assigns as,    assignee of Soaring Capital, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13073962       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2018 02:09:47
                LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Private Label,
                Acquisition Corporation (USA),    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
12940832       E-mail/Text: camanagement@mtb.com Jul 21 2018 02:06:30      M&T BANK,    PO BOX 900,
                MILLSBORO, DE 19966
13008268       E-mail/Text: camanagement@mtb.com Jul 21 2018 02:06:30      M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY 14221
12940834      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2018 02:07:08      MIDLAND FUNDING,
                8875 AERO DR STE200,    SAN DIEGO, CA 92123-2255
12940838       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:09:29
                PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATEBLVD STE100,    NORFOLK, VA 23502
13072444       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:09:15
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12940837       E-mail/Text: nod.referrals@fedphe.com Jul 21 2018 02:06:20      Phelan, Hallinan & Schmieg,
                One Penn Center Plaza @ Suburban Station,    1617 J.F.K. Blvd., Ste. 1400,
                Philadelphia, PA 19103-1814
13063491       E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2018 02:09:46      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13208318       E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2018 02:08:04
                Progressive Specialty Insurance Co,    Payment Processing Center,    P.O. Box 55126,
                Boston, MA 02205-5126
12959968       E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2018 02:09:31
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13173205       E-mail/Text: appebnmailbox@sprint.com Jul 21 2018 02:07:08      Sprint,    P.O. Box 4191,
                Carol Stream, IL 60197-4191
12940844      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 21 2018 02:06:12
                VERIZON PENNSYLVANIA,    500 TECHNOLOGY DR,    WELDON SPRING, MO 63304-2225
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Portfolio Investments II LLC,     c/o Recovery Management Systems Corporat,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
12940836      ##+PAYLIANCE,    3 EASTONOVAL STE210,    COLUMBUS, OH 43219-6011
12940843      ##+SUSQUEHANNA BANK PA,    13511 LABEL LN,    HAGERSTOWN, MD 21740-2466
13076305      ##+Susquehanna Bank,    P.O. Box 639,    Maugansville MD 21767-0639
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: SaraR              Page 3 of 3              Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW          Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

```
          GEORGE M. LUTZ    on behalf of Debtor James William Surgeoner glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor James William Surgeoner jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A., et al paeb@fedphe.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James William Surgeoner
      Debtor(s)

Bankruptcy No: 13−10040−ref
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      400 Washington Street
      Suite 300
      Reading, PA 19601

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 7/20/18