**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**  **JAMES W. SURGEONER,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 13-10040 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Strike Certification of Default with Wells Fargo, N.A., were served upon the addresses listed below by way of electronic means on August 3, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JOHN A. DIGIAMBERARDINO on behalf of Debtor James William Surgeoner - jad@cdllawoffice.com, dmk@cdllawoffice.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor M&T BANK - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

TRANG V TRUONG on behalf of Creditor Wells Fargo Bank, N.A. - trangtruong@wellsfargo.com

THOMAS YOUNG.HAE SONG on behalf of Creditor Wells Fargo Bank, N.A., et al - pa.bkecf@fedphe.com

JEROME B. BLANK on behalf of Creditor Wells Fargo Bank, N.A. - paeb@fedphe.com

KEVIN G. MCDONALD on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor M&T BANK - bkgroup@kmllawgroup.com

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                            1100 Berkshire Blvd., Suite 301
                            Wyomissing, PA 19610
                            (610) 779-0772