## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| JAMES W. SURGEONER,<br><br>Debtor | Bankruptcy No. 13-10040 REF |

## CERTIFICATE OF NO RESPONSE

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Motion to Strike Certification of Default with Wells Fargo, N.A. and the Debtor requests that the court grant the Debtor's Motion to Strike Certification of Default with Wells Fargo, N.A., as the Motion is uncontested.

**Date:** September 4, 2018        **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:   *s/George M. Lutz, Esquire*
       Attorney I.D. #46437
       1100 Berkshire Blvd., Suite 301
       Wyomissing, PA 19610
       (610) 779-0772