**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**JAMES W. SURGEONER,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 13-10040 REF** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the Certificate of No Response to Debtor's Motion to Strike Certification of Default with Wells Fargo, N.A. filed on September 4, 2018.

**Dated:** September 5, 2018

                                          Respectfully submitted,

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

                                          George M. Lutz, Esquire
                                          1100 Berkshire Blvd., Suite 301
                                          Wyomissing, PA  19610
                                          Attorney I.D. No. 46437
                                          Phone:  610-779-0772
                                          Fax:      610-779-7473