**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **JAMES W. SURGEONER,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 13-10040 REF** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw Debtor's Motion to Strike Certification of Default with Wells Fargo, N.A. filed on August 3, 2018, Docket No: 129.

**Dated:** September 27, 2018

                                        Respectfully submitted,

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1100 Berkshire Blvd., Suite 301
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772
                                        Fax:       610-779-7473